UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Metropolitan Life Insurance Company,

    Plaintiff,

v.                                          Case No. 07-11091

LaKesha Kent *et al.,*                  Honorable Sean F. Cox

    Defendants.
_____/

## **ORDER**

Rule 83.20 of the Local Rules for the Eastern District of Michigan provides, in pertinent part, that:

> Any member of the bar of this court who is not an active member of the State Bar of Michigan must not appear as attorney of record in any case without specifying on the record, as local counsel, a member of the bar of this court having an office within the district upon whom service of all papers may be made. Such local counsel must enter an appearance in the case and must have both the authority and responsibility for the conduct of the case should out-of-town counsel not respond to any order of the court for appearance or otherwise.

L.R. 83.20(f).

On December 11, 2007, attorney Richard Weiss filed a Notice of Appearance indicating that he will be representing Defendant Romello Spencer in this action. As the docket reflects, however, Mr. Weiss has not been admitted to this Court (*see* Docket Entry No. 14) and he is not a member of the State Bar of Michigan (*see* http://www.michbar.org/memberdirectory/).

Accordingly, the Court hereby **ORDERS** that, within 14 days of the date of this Order, Defendant Romello Spencer must obtain local counsel and have that local counsel file his or her appearance in this action.

**IT IS SO ORDERED**.

```
                    S/Sean F. Cox
                    Sean F. Cox
                    United States District Judge
```

Dated: December 19, 2007

I hereby certify that on December 19, 2007, a copy of the foregoing document was served upon counsel of record by electronic and/or ordinary mail.

```
                    S/Jennifer Hernandez
                    Case Manager
```