UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Metropolitan Life Insurance Company,

    Plaintiff,

v.                                                   Case No. 07-11091

LaKesha Kent, *et al.*,                  Honorable Sean F. Cox

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO DEPOSIT FUNDS, TO BE RELEASED FROM LIABILITY, AND FOR DISMISSAL FROM ACTION

The Court, having heard Plaintiff Metropolitan Life Insurance Company's ("MetLife") motion seeking to deposit funds with the Court, to be released from liability, and for dismissal from this action, and having heard from all parties present at the January 16, 2007 motion hearing for same, and being otherwise fully advised,

**IT IS HEREBY ORDERED** that MetLife's motion is **GRANTED**;

**IT IS HEREBY ORDERED** that the Court Clerk shall deposit the interpleader funds tendered by MetLife into an interest bearing account in accordance with Local Rule 67.1. The amount to be deposited is $16,410.00, plus applicable interest, if any, representing basic group life insurance, payable under the General Motors Life and Disability Benefits Program for Hourly Employees ("Plan") by reason of the death of Roosevelt Spencer, deceased. The Clerk of the Court is hereby directed to deduct from the account any fee authorized by the Judicial Conference of the United States. Once deposited, the funds shall not be distributed until further order of this Court.

**IT IS FURTHER ORDERED** that MetLife, General Motors Corporation, and the Plan,

upon depositing the sum with the Clerk of this Court as ordered herein, shall be fully and completely discharged from any claims for benefits, damages or liability of any nature arising out of or relating to the insurance policy or the Plan, and MetLife shall be dismissed as a party to this action.

        Entry of this Order does not terminate this action in its entirety.

        **IT IS SO ORDERED**.

        s/Sean F. Cox
        Sean F. Cox
        United States District Judge

Dated: February 4, 2008

I hereby certify that on February 4, 2008, a copy of the foregoing document was served upon counsel of record via electronic means. A copy of the foregoing document was served via First Class Mail upon the following non-registered ECF participants: LaKesha Kent, Willie Dean Kent and Richard S. Weiss.

        s/Jennifer Hernandez
        Case Manager